United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 12, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-41260
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICARDO DELEON SALINAS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:04-CR-614-ALL
--------------------

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM:[*]

Ricardo DeLeon Salinas appeals his guilty-plea conviction
and sentence for possession of 500 grams or more of cocaine with
intent to distribute, in violation of 21 U.S.C. § 841(a) and (b).
The district court imposed a statutory mandatory minimum prison
sentence of 60 months and a supervised-release term of four
years.

For the first time on appeal, Salinas contends that the
district court lacked jurisdiction to convict and sentence him,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

on the ground that 21 U.S.C. § 841 is unconstitutional under Apprendi v. New Jersey, 530 U.S. 466 (2000).  As he concedes, this argument is foreclosed by United States v. Slaughter, 238 F.3d 580, 582 (5th Cir. 2000).

AFFIRMED.